UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cathleen Tibbetts,
    Plaintiff

v.                              Case No.  1:12-cv-894

Commissioner of
Social Security,
     Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed April 1, 2014 (Doc. 21).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's motion for fees is DENIED as moot in light of the parties' later filed joint stipulation of fees. Plaintiff is awarded the total sum of $2,928.75 in attorney's fees and costs under the Equal Access to Justice Act.

Date: May 5, 2014                                    s/Sandra S. Beckwith
                                                              Sandra S. Beckwith, Senior Judge
                                                             United States District Court