# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Cathleen Tibbetts,
    Plaintiff

v.                               Case No.   1:12-cv-894

Commissioner of
Social Security,
    Defendant

# ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed March 16, 2015 (Doc. 25).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

    Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  Plaintiff's motion for an award of attorney's fees is **GRANTED**, but that the fee requested is reduced from $14,000.00 to $12,000.00.  Counsel for plaintiff is awarded a total of $9,071.25 ($12,000.00 - $2,928.75) out of plaintiff's award of past-due benefits.

Date: April 13, 2015                                    s/Sandra S. Beckwith
                                                             Sandra S. Beckwith, Senior Judge
                                                            United States District Court